56 P.3d 733

# SUPREME COURT OF HAWAI'I

October 2, 2002

| | | | |
|---|---|---|---|
| 24551 | Cabico v. Straub Clinic & Hosp., Inc. | : | Affirmed |
| 24833 | State v. Makalii | | Affirmed |